Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: JOHNSON, CATHERINE J. | Case No. 16-21918 |
| Debtor(s) | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 07, 2016. The undersigned trustee was appointed on July 07, 2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $      7,506.19

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 42.55 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 7,463.64 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/14/2016 and the deadline for filing governmental claims was 01/03/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,500.62. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,500.62, for a total compensation of $1,500.62.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $13.20, for total expenses of $13.20.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/30/2016        By: /s/Ira Bodenstein
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-21918  
**Case Name:** JOHNSON, CATHERINE J.  

**Period Ending:** 12/30/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/07/16 (f)  
**§341(a) Meeting Date:** 07/29/16  
**Claims Bar Date:** 11/14/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   343 W. 106th Place, Chicago, IL 60628-0000, Cook<br>    Orig. Description: 343 W. 106th Place, Chicago, IL 60628-0000, Cook County<br>Entire property value: $81,840.00; Imported from original petition Doc# 1; Exemption: 343 W. 106th Place Chicago, IL 60628 Cook County - Amount: 15000.00; Lien: Opened 09/05 Last Active 6/01/16 343 W. 106th Place Chicago, IL 60628 Cook County Value $81,840.00 - Amount: 54095.00 | 40,920.00 | 0.00 | | 0.00 | FA |
| 2   Checking: Bank of America<br>    Orig. Description: Checking: Bank of America; Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 3   Savings: Bank of America<br>    Orig. Description: Savings: Bank of America; Imported from original petition Doc# 1; Exemption: Savings: Bank of America - Amount: 1206.19 | 1,206.19 | 0.00 | | 0.00 | FA |
| 4   Cashier's check: Cash<br>    Orig. Description: Cashier's check: Cash; Imported from original petition Doc# 1; Exemption: Cashier's check: Cash - Amount: 493.81 | 8,000.00 | 0.00 | | 7,506.19 | FA |
| 5   6.5 rooms of furniture 15+ years old<br>    Orig. Description: 6.5 rooms of furniture 15+ years old; Imported from original petition Doc# 1; Exemption: 6.5 rooms of furniture 15+ years old - Amount: 1200.00 | 1,200.00 | 0.00 | | 0.00 | FA |
| 6   Diningroom table and chairs<br>    Orig. Description: Diningroom table and chairs; Imported from original petition Doc# 1; Exemption: Diningroom table and chairs - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 7   1 TV, 20+ year old stereo equipment, 1 smartphon<br>    Orig. Description: 1 TV, 20+ year old stereo equipment, 1 smartphone; Imported from original petition Doc# 1; Exemption: 1 TV, 20+ year old stereo equipment, 1 smartphone - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 8   used personal clothing | 1,200.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-21918  
**Case Name:** JOHNSON, CATHERINE J.

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/07/16 (f)  
**§341(a) Meeting Date:** 07/29/16

**Period Ending:** 12/30/16  
**Claims Bar Date:** 11/14/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Description: used personal clothing; Imported from original petition Doc# 1; Exemption: used personal clothing - Amount: 1200.00 | | | | | |
| 9    costume jewelery<br>Orig. Description: costume jewelery; Imported from original petition Doc# 1; Exemption: costume jewelery - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 10    Pension: Retirement through city of Chicago<br>Orig. Description: Pension: Retirement through city of Chicago; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 10    **Assets**    **Totals** (Excluding unknown values) | **$53,651.19** | **$0.00** | | **$7,506.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**         **Current Projected Date Of Final Report (TFR):**

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-21918  
**Case Name:** JOHNSON, CATHERINE J.  

**Taxpayer ID #:** **-***5185  
**Period Ending:** 12/30/16  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2766 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/11/16 | {4} | Catherine Johnson | Proceeeds of cash balance minus exemption | 1129-000 | 7,506.19 | | 7,506.19 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,496.19 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.75 | 7,485.44 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.37 | 7,475.07 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.43 | 7,463.64 |
| | | | **ACCOUNT TOTALS** | | 7,506.19 | 42.55 | **$7,463.64** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,506.19 | 42.55 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,506.19** | **$42.55** | |

Net Receipts :  7,506.19  
Net Estate :  $7,506.19

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2766** | 7,506.19 | 42.55 | 7,463.64 |
| | $7,506.19 | $42.55 | $7,463.64 |

{} Asset reference(s)

Printed: 12/30/2016 12:55 PM     V.13.28

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 14, 2016

**Case Number:** 16-21918  
**Debtor Name:** JOHNSON, CATHERINE J.

Page: 1

**Date:** December 30, 2016  
**Time:** 12:55:43 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $13.20 | $0.00 | 13.20 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $1,500.62 | $0.00 | 1,500.62 |
| NOTFILED<br>100 | Chase Home Finance<br>3415 Vision Drive<br>Columbus, OH 43219-6009 | Secured | 7912 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | | $25,314.00 | $0.00 | 25,314.00 |
| 2<br>610 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | 2890 | $1,233.05 | $0.00 | 1,233.05 |
| 3<br>610 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Unsecured | 2760 | $95.29 | $0.00 | 95.29 |
| 4<br>610 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Unsecured | 3642 | $2,916.42 | $0.00 | 2,916.42 |
| 5<br>610 | Cavalry SPV I, LLC<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712 | Unsecured | 8056 | $2,832.24 | $0.00 | 2,832.24 |
| NOTFILED<br>610 | Barclays Bank Delaware<br>Po Box 8801<br>Wilmington, DE 19899 | Unsecured | 2732 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Bedford Fair<br>Comenity Capital Bank<br>Po Box 183003<br>Columbus, OH 43218 | Unsecured | 7907 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Cap1/carsn<br>Po Box 30253<br>Salt Lake City, UT 84130 | Unsecured | 4918 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Charter One Bank<br>Attn: Bankruptcy<br>234 South Randall Rd<br>Algonquin, IL 60102 | Unsecured | 4738 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 14, 2016

**Case Number:** 16-21918
**Debtor Name:** JOHNSON, CATHERINE J.

Page: 2

**Date:** December 30, 2016
**Time:** 12:55:43 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Citizens Bank<br>Attn:Bankruptcy<br>443 Jefferson Blvd Ms Rjw-135<br>Warwick, RI 02886 | Unsecured | 3092 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/Bedford Fair<br>Po Box 182125<br>Columbus, OH 43218 | Unsecured | 8019 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/Carsons<br>Po Box 182125<br>Columbus, OH 43218 | Unsecured | 1943 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/Lane Bryant<br>Po Box 182125<br>Columbus, OH 43218 | Unsecured | 9897 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/Lane Bryant<br>Po Box 182125<br>Columbus, OH 43218 | Unsecured | 3555 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/Lane Bryant<br>Po Box 182125<br>Columbus, OH 43218 | Unsecured | 1973 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/lnbryant | Unsecured | 1973 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/nwyrk&co<br>Po Box 18215<br>Columbus, OH 43218 | Unsecured | 2656 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Kay Jewelers/Sterling Jewelers Inc.<br>Sterling Jewelers<br>Po Box 1799<br>Akron, OH 44309 | Unsecured | 2625 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Kohls/Capital One<br>Po Box 3120<br>Milwaukee, WI 53201 | Unsecured | 6735 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Lew Magram<br>Attn: Bankruptcy<br>Pob 182685<br>Columbus, OH 43218 | Unsecured | 8059 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Synchrony Bank/ JC Penneys<br>Po Box 965064<br>Orlando, FL 32896 | Unsecured | 4769 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Synchrony Bank/TJX<br>Po Box 965064<br>Orlando, FL 32896 | Unsecured | 3597 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Visa Dept Store National Bank<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040 | Unsecured | 8440 | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 14, 2016

**Case Number:** 16-21918  
**Debtor Name:** JOHNSON, CATHERINE J.

Page: 3

**Date:** December 30, 2016  
**Time:** 12:55:43 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| << Totals >> | | | | 33,904.82 | 0.00 | 33,904.82 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 16-21918
Case Name: JOHNSON, CATHERINE J.
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 7,463.64

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,463.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 1,500.62 | 0.00 | 1,500.62 |
| Trustee, Expenses - Ira Bodenstein | 13.20 | 0.00 | 13.20 |

Total to be paid for chapter 7 administration expenses: $ 1,513.82
Remaining balance: $ 5,949.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,949.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,949.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 32,391.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 25,314.00 | 0.00 | 4,649.86 |
| 2 | Quantum3 Group LLC as agent for | 1,233.05 | 0.00 | 226.50 |
| 3 | Synchrony Bank | 95.29 | 0.00 | 17.50 |
| 4 | PYOD, LLC its successors and assigns as assignee | 2,916.42 | 0.00 | 535.71 |
| 5 | Cavalry SPV I, LLC | 2,832.24 | 0.00 | 520.25 |

Total to be paid for timely general unsecured claims: $ 5,949.82
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**