**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: JOHNSON, CATHERINE J.                    § Case No. 16-21918
                                                §
                                                §
Debtor(s)                                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $45,651.19 *(without deducting any secured claims)* | Assets Exempt: $20,200.00 |
| Total Distribution to Claimants: $5,949.82 | Claims Discharged Without Payment: $28,108.18 |
| Total Expenses of Administration: $1,556.37 | |

   3) Total gross receipts of $     7,506.19     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of $7,506.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $54,095.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,556.37 | 1,556.37 | 1,556.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 34,412.00 | 32,391.00 | 32,391.00 | 5,949.82 |
| **TOTAL DISBURSEMENTS** | $88,507.00 | $33,947.37 | $33,947.37 | $7,506.19 |

4) This case was originally filed under Chapter 7 on July 07, 2016. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/19/2017           By: /s/Ira Bodenstein
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cashier's check: Cash | 1129-000 | 7,506.19 |
| **TOTAL GROSS RECEIPTS** | | $7,506.19 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Chase Home Finance | 4110-000 | 54,095.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $54,095.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 1,500.62 | 1,500.62 | 1,500.62 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 13.20 | 13.20 | 13.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.75 | 10.75 | 10.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.37 | 10.37 | 10.37 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 11.43 | 11.43 | 11.43 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,556.37 | $1,556.37 | $1,556.37 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-000 | 25,314.00 | 25,314.00 | 25,314.00 | 4,649.86 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 1,288.00 | 1,233.05 | 1,233.05 | 226.50 |
| 3 | Synchrony Bank | 7100-000 | 195.00 | 95.29 | 95.29 | 17.50 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 3,016.00 | 2,916.42 | 2,916.42 | 535.71 |
| 5 | Cavalry SPV I, LLC | 7100-000 | 2,932.00 | 2,832.24 | 2,832.24 | 520.25 |
| NOTFILED | Comenity Bank/nwyrk&co | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Lane Bryant | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/lnbryant | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kay Jewelers/Sterling Jewelers Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/ JC Penneys | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Capital One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Visa Dept Store National Bank | 7100-000 | 235.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Lane Bryant | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Synchrony Bank/TJX | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lew Magram | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Carsons | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 1,432.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/carsn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bedford Fair | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Bedford Fair | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Lane Bryant | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Charter One Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $34,412.00 | $32,391.00 | $32,391.00 | $5,949.82 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-21918  
**Case Name:** JOHNSON, CATHERINE J.

**Period Ending:** 05/19/17

**Trustee:** (330129)  Ira Bodenstein  
**Filed (f) or Converted (c):** 07/07/16 (f)  
**§341(a) Meeting Date:** 07/29/16  
**Claims Bar Date:** 11/14/16

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 343 W. 106th Place, Chicago, IL 60628-0000, Cook<br>   Orig. Description: 343 W. 106th Place, Chicago, IL 60628-0000, Cook County<br>Entire property value: $81,840.00; Imported from original petition Doc# 1; Exemption: 343 W. 106th Place Chicago, IL 60628 Cook County  - Amount: 15000.00; Lien: Opened 09/05 Last Active 6/01/16 343 W. 106th Place Chicago, IL 60628 Cook County Value $81,840.00  -  Amount: 54095.00 | 40,920.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: Bank of America<br>   Orig. Description: Checking: Bank of America; Imported from original petition Doc# 1 | 25.00 | 0.00 | | 0.00 | FA |
| 3 | Savings: Bank of America<br>   Orig. Description: Savings: Bank of America; Imported from original petition Doc# 1; Exemption: Savings: Bank of America  -  Amount: 1206.19 | 1,206.19 | 0.00 | | 0.00 | FA |
| 4 | Cashier's check: Cash<br>   Orig. Description: Cashier's check: Cash; Imported from original petition Doc# 1; Exemption: Cashier's check: Cash  -  Amount: 493.81 | 8,000.00 | 0.00 | | 7,506.19 | FA |
| 5 | 6.5 rooms of furniture 15+ years old<br>   Orig. Description: 6.5 rooms of furniture 15+ years old; Imported from original petition Doc# 1; Exemption: 6.5 rooms of furniture 15+ years old  -  Amount: 1200.00 | 1,200.00 | 0.00 | | 0.00 | FA |
| 6 | Diningroom table and chairs<br>   Orig. Description: Diningroom table and chairs; Imported from original petition Doc# 1; Exemption: Diningroom table and chairs  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | 1 TV, 20+ year old stereo equipment, 1 smartphon<br>   Orig. Description: 1 TV, 20+ year old stereo equipment, 1 smartphone; Imported from original petition Doc# 1; Exemption: 1 TV, 20+ year old stereo equipment, 1 smartphone  -  Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | used personal clothing | 1,200.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-21918  
**Case Name:** JOHNSON, CATHERINE J.

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/07/16 (f)  
**§341(a) Meeting Date:** 07/29/16

**Period Ending:** 05/19/17

**Claims Bar Date:** 11/14/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Description: used personal clothing; Imported from original petition Doc# 1; Exemption: used personal clothing - Amount: 1200.00 |  |  |  |  |  |
| 9 | costume jewelery<br>Orig. Description: costume jewelery; Imported from original petition Doc# 1; Exemption: costume jewelery - Amount: 100.00 | 100.00 | 0.00 |  | 0.00 | FA |
| 10 | Pension: Retirement through city of Chicago<br>Orig. Description: Pension: Retirement through city of Chicago; Imported from original petition Doc# 1 | 0.00 | 0.00 |  | 0.00 | FA |
| 10 | **Assets** Totals (Excluding unknown values) | **$53,651.19** | **$0.00** |  | **$7,506.19** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** March 31, 2017    **Current Projected Date Of Final Report (TFR):** January 27, 2017 (Actual)

Printed: 05/19/2017 10:37 AM    V.13.30

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-21918  
**Case Name:** JOHNSON, CATHERINE J.  

**Taxpayer ID #:** **-***5185  
**Period Ending:** 05/19/17  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/11/16 | {4} | Catherine Johnson | Proceeeds of cash balance minus exemption | 1129-000 | 7,506.19 | | 7,506.19 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,496.19 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.75 | 7,485.44 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.37 | 7,475.07 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.43 | 7,463.64 |
| 03/02/17 | 101 | Ira Bodenstein | Dividend paid 100.00% on $13.20, Trustee Expenses; Reference: | 2200-000 | | 13.20 | 7,450.44 |
| 03/02/17 | 102 | Ira Bodenstein | Dividend paid 100.00% on $1,500.62, Trustee Compensation; Reference: | 2100-000 | | 1,500.62 | 5,949.82 |
| 03/02/17 | 103 | Cavalry SPV I, LLC | Dividend paid 18.36% on $25,314.00; Claim# 1; Filed: $25,314.00; Reference: | 7100-000 | | 4,649.86 | 1,299.96 |
| 03/02/17 | 104 | Quantum3 Group LLC as agent for | Dividend paid 18.36% on $1,233.05; Claim# 2; Filed: $1,233.05; Reference: 2890 | 7100-000 | | 226.50 | 1,073.46 |
| 03/02/17 | 105 | Synchrony Bank | Dividend paid 18.36% on $95.29; Claim# 3; Filed: $95.29; Reference: 2760 | 7100-000 | | 17.50 | 1,055.96 |
| 03/02/17 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 18.36% on $2,916.42; Claim# 4; Filed: $2,916.42; Reference: 3642 | 7100-000 | | 535.71 | 520.25 |
| 03/02/17 | 107 | Cavalry SPV I, LLC | Dividend paid 18.36% on $2,832.24; Claim# 5; Filed: $2,832.24; Reference: 8056 | 7100-000 | | 520.25 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,506.19 | 7,506.19 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 7,506.19 | 7,506.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $7,506.19 | $7,506.19 | |

Net Receipts: 7,506.19  
———————  
Net Estate: $7,506.19  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2766** | 7,506.19 | 7,506.19 | 0.00 |
| | $7,506.19 | $7,506.19 | $0.00 |

{} Asset reference(s)